# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERIN AMIE, | ) Case No. CV 19-01556-JVS (AS) |
| Petitioner, | ) **ORDER OF DISMISSAL** |
| v. | ) |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, et al., | ) |
| Respondents. | ) |

### I. BACKGROUND

On March 4, 2019, Erin Amie ("Petitioner"), a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition"). (Docket Entry No. 1).

In the Petition, Petitioner, who apparently was convicted of an unspecified offense in the Los Angeles County Superior Court,

1

requests copies of his preliminary hearing transcripts and trial transcripts so that he "can prove that Judge Bob Bowers Jr. was working with the DA's Office along with the Public Defender office[.]" Petitioner also requests a stay of the proceedings. (See Petition at 1, 4-5).[1]

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c).

To the extent that the Petition alleges any claim, Petitioner's claim is noncognizable on federal habeas review because it does not go to the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

---

[1] The Court cites to page numbers of the Petition using the Court's ECF pagination system.

## II. ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 12, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

/ s /
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE