JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERIN AMIE,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, et. al.,<br><br>    Respondents. | Case No. CV 19-1566-JVS (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 12, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE